1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DWIGHT MATTHEWS,                        No.  2:16-cv-2834 WBS AC P

12                 Plaintiff,

13      v.                                  FINDINGS & RECOMMENDATIONS

14  S. THOMAS, et al.,

15                 Defendants.

16

17          A recent court order was served on plaintiff's address of record and returned by the postal

18  service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that

19  a party appearing in propria persona inform the court of any address change.  More than sixty-

20  three days have passed since the court order was returned by the postal service and plaintiff has

21  failed to notify the Court of a current address.

22          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

23  prejudice for failure to prosecute.  See L.R. 183(b).

24          These findings and recommendations are submitted to the United States District Judge

25  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26  after being served with these findings and recommendations, plaintiff may file written objections

27  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

28  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
(9th Cir. 1991).

DATED: October 1, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE